# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DE LA CRUZ an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:22-cv-07744-SB-JPR<br><br>District Judge: Stanley Blumenfeld, Jr.<br>Magistrate Judge: Jean P. Rosenbluth<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: April 5, 2023          By: _____
                                                STANLEY BLUMENFELD, JR.
                                                U.S. DISTRICT COURT JUDGE